## GREEN v. STATE.

### No. 18443.

Court of Criminal Appeals of Texas.

June 10, 1936.

Clark Wills, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for robbery; punishment assessed at ten years in the penitentiary.

The indictment properly charges the offense of robbery. The record before this court is without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.